**Order entered August 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00262-CV

### IN THE INTEREST OF T.C., A.C., J.D., AND  K.J., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00829-W**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on June 26, 2019, is **ORDERED** filed as of the date of this order.

/s/      DAVID L. BRIDGES
           PRESIDING JUSTICE